UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, NC
SEP 17 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:12CR89 |
|---|---|---|
| | ) | |
| vs. | ) | **BILL OF INFORMATION** |
| | ) | |
| | ) | Violation: 18 U.S.C. § 641 |
| PATRICK MILLER, | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>

From on or about the 13th day of January, 2011, and continuing through to on or about the 1st day of March, 2012, in Haywood and Swain Counties, within the Western District of North Carolina, and elsewhere, the defendant

PATRICK MILLER

did knowingly embezzle, steal, purloin, and convert to his own use and to the use of another, and did knowingly and without authority sell, convey, and dispose of, property and things of value belonging to the United States, the aggregate value of such property exceeding $1,000 in value, in violation of Title 18, United States Code, Section 641.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

_____
DON GAST
ASSISTANT UNITED STATES ATTORNEY
N.C. Bar Number: 23801
100 Otis Street, Suite 233
Asheville, NC 28801
Telephone: (828) 271-4661
Facsimile: (828) 271-4670
Don.Gast@usdoj.gov